City of Chicago, appellee, v. Peter Theologes, appellant. Gen. No. 24,576.

Prosecution for violation of Revised Municipal Code of Chicago, sec. 2025. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

Lawrence E. Dowd, for appellant. Daniel Webster and Harry B. Miller, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Forster, Waterbury & Company, appellant, v. James F. Bishop, administrator of the estate of George F. Ryan, deceased, substituted as defendant instead of George F. Ryan, trading as George F. Ryan & Company, appellee. Gen. No. 24,634.

Action to recover on account for goods purchased. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919. Thomson, P. J., specially concurring.

King, Brower & Hurlbut, for appellant. Daniel S. Wentworth and David B. Maloney, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Earl G. Anglim, by Thomas J. Anglim, appellee, v. Chicago Great Western Railroad Company, appellant. Gen. No. 24,655.

Action to recover for wrongful death of 11-year-old boy struck by train at highway crossing. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

Winston, Strawn & Shaw, for appellant; Edward W. Everett and W. C. Graves, of counsel. James C. McShane, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Frank O. Shaw, administrator of the estate of Jennie O. Uhrus, deceased, appellee, v. Sam Garvin & Company, appellant. Gen. No. 24,664.

Action to recover for wrongful death by being run over by truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

Irwin & Hazen, for appellant. Elmer & Cohen, for appellee.

Mr. Justice Taylor delivered the opinion of the court.